**JUDGE RAKOFF**    10 CV 2228

DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____Peter Lindner_____
(petitioner/plaintiff)

-v-

_____American Express Company_____
(respondent(s)/defendant(s))

> **I.F.P. GRANTED.**
> Leaves to proceed in Forma Pauperis without payment of fees is authorized. 28 U.S.C. S 1915.
> So Ordered;
> MAR 1 1 2010
> (Date)
> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF NEW YORK
> Chief Judge

I, _____Peter Lindner_____, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

I am unemployed; I was previously employed by Time Warner Cable, 120 East 23rd St, NYC, NY

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

I was employed for 23 months 9/2007-8/2009 at less than $7,000/month by Time Warner Cable

3. Have you every received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self-employment?   YES X   NO ___
   b. Rent payments, interest, or dividends?              YES X   NO ___
   c. Pensions, annuities, or life insurance payments?    YES ___ NO X
   d. Gifts or inheritances?                              YES X   NO ___
   e. Any form of public assistance?                      YES X   NO ___
   f. Any other sources?                                  YES ___ NO X

RECEIVED JAN 29 2010 PRO SE

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

Salary of $83,000/year ending in August 2009; Unemployment and food stamps thereafter of under $2,000 per month; Gifts of under $1,000 per month

4. Do you own any cash or do you have money in a checking or savings account?

YES  X   NO____   (Including any funds in prison accounts)
If the answer is yes, state the total value owned.
Checking and Savings accounts are under $5,000

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
YES X   NO____
If the answer is yes, describe the property and state its approximate value.
I own my apartment where I live worth $800,000 with a mortgage of under $300,000. I own stocks (estimated under $50,000) and IRA funds (estimated $250,000)

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.
I am sole support of myself

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

   N/A

8. State any special financial circumstances which the court should consider in this application.
I am unemployed for about a half year, and unemployment covers only half of my mortgage; I have been cashing in my IRAs for lack of income from work.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __29__ day of __January__, __2010__
         (day)              (month)         (year)

                                    _____
                                          (signature)