UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PETER LINDNER,                                 :

                          Plaintiff,           :

          -v.-                                 :

AMERICAN EXPRESS COMPANY, et al.,              :

                          Defendant.           :

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/2/10_

MEMORANDUM AND ORDER

10 Civ. 2228 (JSR)(JLC)

(Non-ECF Case)

**James L. Cott, United States Magistrate Judge.**

 On October 21, 2010, plaintiff Peter Lindner filed a motion to compel discovery.

Defendants American Express Company, CEO Ken Chenault, Banking President Ash Gupta, and

General Counsel Louise Parent opposed Mr. Lindner's request by memorandum dated October

28, 2010. By letter dated November 1, 2010, Mr. Lindner requests, among other things, an

extension of time to file a reply. Mr. Lindner's request for an extension of time is GRANTED.

He is directed to file a reply to Defendants' opposition to the motion to compel by Friday,

November 5, 2010. All other requests in Mr. Lindner's November 1, 2010 letter are DENIED.

 SO ORDERED.

Dated: New York, New York
   November 2, 2010

              _James L. Cott_
              JAMES L. COTT
              United States Magistrate Judge

**Copies of this Order have been sent to the following via facsimile:**

Peter Lindner
1 Irving Place

1

USDC SDNY
DATE SCANNED _11/2/10_

#G-23-C
New York, NY 10003
Fax: 212-979-9647

Douglas M. Kraus
Skadden, Arps, Slate, Meagher & Flom LLP (NYC)
Four Times Square
42nd floor
New York, NY 10036
212-735-3000 x2510
Fax: 917-777-2510
Email: dkraus@skadden.com

Joseph N. Sacca
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-3522
Tel: 2120735-3000
Fax: 212-735-2000
Email: jsacca@skadden.com

Hon. Jed S. Rakoff