```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

PETER LINDNER,

      Plaintiff,

     HONORABLE MAGISTRATE JUDGE
     COTT

  -against-         10 CIV. 2228 (JSR-JLC)

AMERICAN EXPRESS COMPANY, CEO KEN REQUEST FOR EXTENSION ON
CHENAULT, BANKING PRESIDENT ASH GUPTA, RESPONDING TO AMEX MOTION
(FORMER) SECRETARY OF THE CORPORATION
STEPHEN NORMAN AND GENERAL COUNSEL
LOUISE M. PARENT,
      Defendants
------------------------------------X
    Monday, November 22, 2010 7:51 PM
     Via Fax: (212) 805-7990

To the Honorable Magistrate Judge Cott:

 I hereby request an extension for my response to Mr. Sacca's motion to which defendants do not object, with this proviso: "Defendants do not object to your request for an extension until December 9 for your response to the motion to dismiss provided you agree that defendants will have until December 23 for their reply papers."

 I so agree.

 I believe this is my first request for an extension and that as Mr. Sacca notes, this moves Amex's reply until December 23.

 Humbly requested,

By: /s/ Peter Lindner
Peter Lindner
Plaintiff, *Pro Se*
1 Irving Place, Apt. G-23-C
New York, New York 10003

Home/ Fax: 212-979-9647
Cell:   917-207-4962
Email:  nyc10003@nyc.rr.com

Dated: New York, NY
Monday, November 22, 2010

**SO ORDERED:** /s/
_____
Hon. James L. Cott 11/23/10
United States Magistrate Judge

                  1