UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PETER LINDNER,

                Plaintiff,

    -v.-

AMERICAN EXPRESS COMPANY, et al.,

                Defendants.
------------------------------------------------------------x

ORDER

10 Civ. 2228 (JSR) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

      Pro se Plaintiff Peter Lindner has submitted a document to the Court entitled "Plaintiff's Request for a Pre-Motion Conference or an Actual In Person Conference" dated March 17, 2011. He apparently seeks to raise the issue of whether attorneys for the defendants intended to deceive the Court, in violation of the New York State Judiciary Laws. Counsel for Defendants, by letter dated March 18, 2011, contends that these allegations have been previously raised and rejected before Judges Koeltl and Stein in prior cases brought by Plaintiff.

      The request for a pre-motion conference is denied at this time. The issues raised by Plaintiff do not appear to relate to the claims pending in this action. The Court reserves the right to reconsider the request once it has reviewed Defendants' motion to dismiss this action, which will be fully briefed as of March 21, 2011.

      SO ORDERED.

Dated: New York, New York
       March 18, 2011

JAMES L. COTT
United States Magistrate Judge

1

**Copies of this Order have been mailed to the following:**

Hon. Jed S. Rakoff

Peter W. Lindner
1 Irving Place
#G-23-C
New York, NY 10003

Joseph N. Sacca
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-3522
Tel: 212-735-3000
Fax: 212-735-2000
Email: jsacca@skadden.com