UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PETER LINDNER,                                              :
                                                            :
                Plaintiff,                              :   ORDER
                                                            :
      -v.-                                                  :   10 Civ. 2228 (JSR) (JLC)
                                                            :
AMERICAN EXPRESS COMPANY, et al.,                           :
                                                            :
                Defendants.                             :
------------------------------------------------------------x

**JAMES L. COTT, United States Magistrate Judge.**

       On April 28, 2011, pro se Plaintiff Peter Lindner submitted a "Motion to Place Split Off Out-of-Court Settlement in Stock Escrow Account" and a supporting memorandum of law. Plaintiff submitted a revised motion, entitled "Motion to Place Settlement Funds in Escrow Pending Appeal," on April 29. Plaintiff seeks a court order permitting him to deposit into escrow a check received as part of a settlement in another case brought by Plaintiff, Lindner v. American Express Corporation, et al., 06 Civ. 3834 (TPG) (THK), while preserving his "rights to void the alleged oral contract of Nov2010" in that case. Counsel for Defendants, by letter dated April 29, contends that Plaintiff is simultaneously seeking relief from Judge Griesa relating to that settlement.

       The motion is denied. The issues raised by Plaintiff do not appear to relate to the claims pending in this action. Any application for relief must be made to the presiding judge in the earlier action.

       SO ORDERED.

Dated: New York, New York
       May 2, 2011

                                                             JAMES L. COTT
                                                             United States Magistrate Judge

USDC SDNY
DATE SCANNED 5/2/11

**Copies of this Order have been mailed to the following:**

Hon. Jed S. Rakoff

Hon. Thomas P. Griesa

Peter W. Lindner
1 Irving Place
#G-23-C
New York, NY 10003

Joseph N. Sacca
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-3522
Tel: 212-735-3000
Fax: 212-735-2000
Email: jsacca@skadden.com