**MANDATE**

S.D.N.Y.-N.Y.C.
10-cv-2228
Rakoff, J.
Cott, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of January, two thousand twelve,

Present:

    Robert A. Katzmann,
    Gerard E. Lynch,
        *Circuit Judges,*
    Lewis A. Kaplan,[*]
        *District Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 17, 2012

Peter W. Lindner,

        *Plaintiff-Appellant,*

v.                                                                           11-3594-cv

American Express Company, *et al.*,

        *Defendants-Appellees.*

Appellant, *pro se,* moves for leave to proceed *in forma pauperis* and to file documents in this Court electronically. Upon due consideration, it is hereby ORDERED that the motion for *in forma pauperis* status is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (defining when an action lacks an arguable basis in law or fact). It is further ORDERED that the motion to file electronically is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

[*] Judge Lewis A. Kaplan, of the United States District Court for the Southern District of New York, sitting by designation.

SAO-RH

**MANDATE ISSUED ON 04/17/2012**